IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Cynthia K. Rice          *
                Plaintiff(s)
                         *
                              Civil No.: JFM 00-2022
vs.                      *

American Home Products
                Defendant(s)   *

\* \* \* \* \* \*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _____ day of _____, 20__,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

J. Frederick Motz
United States District Judge



U.S. District Court (Rev. 12/1999) - Administrative Case Closing