FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 25  P 2:33

AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYNTHIA K. RICE | * | |
| *Plaintiff* | * | |
| | * | Civil Action No. JFM-00-CV-2022 |
| AMERICAN HOME PRODUCTS CORPORATION | * | |
| | * | |
| *Defendant* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND PRETRIAL ORDER NO. /2

Pursuant to and in compliance with Fed. R. Civ. P. 41 (a)(1)(ii), the Plaintiff, Cynthia K. Rice, and the Defendant, American Home Products Corporation, hereby stipulate that this action is DISMISSED WITH PREJUDICE, costs to be paid per agreement of the parties.

_____
Raymond G. Mullady (Bar No. 02732)

Piper Marbury Rudnick & Wolfe, LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
    (202) 861-3900
Attorneys for Defendant, American Home
Products Corporation

_____
Peter G. Angelos (Bar No. 01645)
H. Russell Smouse (Bar No. 01637)
Patricia J. Kasputys (Bar No. 03775)
Law Offices of Peter G. Angelos
A Professional Corporation
One Charles Center, 20th Floor
100 North Charles Street
Baltimore, Maryland 21201
    (410) 649-2023
Attorneys for Plaintiff, Cynthia K. Rice

APPROVED AND SO ORDERED:

_____
Frederick F. Motz, U. S. District Court Judge

